# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDELL THOMPSON

NO. 2021 KW 1525

**FEBRUARY 25, 2022**

---

In Re:    Wendell Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 02-CR8-86387.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's motion for production of documents on December 10, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT